### LEWIS v. THOMAS PURNELL, JR.

Supreme Court. Kent. October, 1818.

*Clayton's Notebook, 77.*

JOHNS, C. J., mentioned a similar case, *Clark v. Pennington*, in which he said the Court of Common Pleas, New Castle, rejected the evidence. But, on error brought, the point was found unnecessary; plaintiff obtained a verdict on other evidence.

*Hall* and *Clayton* argued for plaintiff in the principal case. It is laid down in the books that as against a precedent occupier the record is no evidence. 2 Sell.Pr. 225; 1 Sid. 239; Selw. 673; Esp.N.P. 494. It would be, therefore, against a subsequent one. A purchase of land, though without notice and for a valuable consideration, if made *pendente lite,* as this must have been, is

void. 2 P.Wms. 482. Defendant came in under his father and is therefore a privy.

*Ridgely,* for defendant, withdrew his objection, so the point was not determined.